SHARTSIS FRIESE LLP
JOEL ZELDIN (SBN 51874)
ERICK C. HOWARD (SBN 214107)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jzeldin@sflaw.com/ ehoward@ssflaw.com

Attorneys for Plaintiff
PAIGE PREMIUM DENIM, INC.

STONE/ROSENBLATT/CHA, PLC
JOHN S. CHA (SBN 1291150
BRENT M. FINCH (SBN 202866)
A Professional Corporation
21550 Oxnard Street, Main Plaza, Suite 200
Woodland Hills, CA 91367
Telephone: (818) 999-2232
Facsimile: (818)999-2269
Email: jcha@srclaw.com/ bfinch@srclaw.com

Attorneys for Defendants
D.H.A.G., Inc.

RECEIVED
06 SEP 26 PM 12:51
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
SEP 28 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

| | |
|---|---|
| PAIGE PREMIUM DENIM, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>D.H.A.G., INC.,<br><br>　　　　Defendant. | Case No. C 06-5357 JL<br><br>**STIPULATION TO TRANSFER VENUE TO U.S.D.C., CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION; [PROPOSED] ORDER THEREON** |

This Stipulation is entered into by and between Plaintiff PREMIUM DENIM, LLC ("Premium"), on the one hand, and Defendant D.H.A.G., Inc. ("D.H.A.G."), on the other hand (collectively, the "parties"), by and through their respective attorneys, with reference to the following facts:

1.　On August 30, 2006, Premium filed and served the Summons and Complaint in the USDC, Northern District of California. In Paragraph 3 of the Complaint ("venue"), Premium

- 1 -
STIPULATION TO TRANSFER VENUE

1  alleges "Venue lies in the Northern District of California pursuant to 28 U.S.C. §§ 1391(b) and
2  (c) because, on information and belief, the Defendant (D.H.A.G.) does substantial business in this
3  district, the Defendant has systematic contacts with this district, the Defendant has committed acts
4  of infringement, dilution and unfair business practices in this district, Defendant has caused injury
5  in this district and the claims arose in this district."

6  2.  D.H.A.G. has represented that its principal place of business is 719 S. Los Angeles
7  Street, Los Angeles, CA 90014, which is located within the UDSC, Central District of California,
8  Western Division, the place where D.H.A.G. is engaged in business.  Further, D.H.A.G. has
9  represented that the majority of the alleged acts and/or omissions by it occurred in Los Angeles,
10 California. D.H.A.G. has also represented that its witnesses, including its principals, are located
11 within the USDC, Central District of California, and therefore, that the USDC is a more
12 convenient forum to D.H.A.G.

13 3.  Based upon the foregoing, the parties stipulate that the Court may transfer venue
14 pursuant to 28 U.S.C.§ 1401(a) to the USDC, Central District of California, Western Division.

15 4.  D.H.A.G. has accepted service of process, through its counsel of record herein,
16 and shall respond to the Complaint on or before October 4, 2006, which is 20 days after the
17 effective date of its agreement to accept service.

DATED: Sept 22, 2006     SHARTSIS FRIESE LLP

By: _____
   JOEL ZELDIN
   ERICK C. HOWARD
   Attorneys for Plaintiff
   PAIGE PREMIUM DENIM, INC.

DATED: 9/22/06     STONE/ROSENBLATT/CHA, PLC

By: _____
   JOHN S. CHA
   BRENT M. FINCH
   Attorneys for Defendant
   D.H.A.G., INC.

**[PROPOSED] ORDER**

1. The Court hereby transfers this case to the USDC, Central District of California, Western Division.

2. D.H.A.G. shall respond to the Complaint on or before October 4, 2006.

**IT IS SO ORDERED.**

~~United States District Court Judge~~

JAMES LARSON
U.S. CHIEF MAGISTRATE JUDGE